UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GERARD T. COURY, INC., d.b.a. JERICO ASSOCIATES,

                              Plaintiff;

-against-

                                                            Civil Case No.:
                                                            1:07-CV-006
TRIAD MEASUREMENT EQUIPMENT, INC.,             NAM-RFT

                              Defendant.

### ORDER OF DISMISSAL

On this day came on to be submitted the Agreed Joint Motion to Dismiss with Prejudice of Plaintiff and Defendant, and the Court, having considered same, is of the opinion that same should be granted. It is therefore,

ORDERED that the Agreed Joint Motion to Dismiss with Prejudice of Plaintiff and Defendant be, and the same is hereby, in all respects granted, and this action is hereby dismissed with prejudice to the refiling of same. Each party shall bear its own costs of court and attorney's fees.

SIGNED this 21st day of August, 2007.

NORMAN A. MORDUE
United States District Judge